UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 20-03886 |
|---|---|
| Ninos Kelaita, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION**

NOW COMES loanDepot.com, LLC, by its attorneys, Heavner, Beyers & Mihlar, LLC and respectfully moves this Court to allow it to withdraw its Objection to Confirmation electronically filed on March 2, 2020, the Debtor having filed a modified plan curing Creditor's objection.

Dated: May 4, 2020

loanDepot.com, LLC,

By:     */s/ Pinju Chiu*
Pinju Chiu
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

# CERTIFICATE OF SERVICE

   I, the undersigned attorney, certify that I served a copy of the Notice of Withdrawal of Objection to Confirmation filed on May 4, 2020, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 4, 2020, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 4th day of May, 2020.

**Service by Mail:**

Ninos Kelaita
377 Elk Blvd
Des Plaines, Illinois 60016

**Service by Electronic Notice through ECF:**

David H Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604

                  */s/ Pinju Chiu*
                  Pinju Chiu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754